FILED

11/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0486
_____

MARK MCLEAN THOMPSON,

       Petitioner,

  v.

                                            O R D E R

FIRST JUDICIAL DISTRICT COURT,
Lewis and Clark County, THE
HON. MIKE MENAHAN,

       Respondent.
_____

By Order dated October 26, 2020, this Court invited the State of Montana, the First Judicial District Court, or both, to respond to Mark McLean Thompson's petition for writ of supervisory control that seeks to reverse an order issued in Lewis and Clark County Cause No. ADC-2019-561 denying Thompson's motion for in camera review of the medical and/or mental health records of Thompson's alleged victim. The State has filed its response.

Now before the Court is the motion of the alleged victim J. Doe, to whom the records pertain, to intervene in this matter and respond to Thompson's petition. The motion represents that neither Thompson nor the State of Montana opposes the motion. Doe has lodged her proposed response with the motion.

There being no objection, and good cause appearing,

IT IS HEREBY ORDERED that J. Doe's motion to appear in this matter for purpose of responding to the petition for supervisory control is GRANTED. The Clerk of this Court is directed to file the previously lodged response. The Court will then take the petition under advisement.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 27 2020